**United States District Court**
For the Northern District of California

**\*E-Filed 12/17/2010\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

THE AMERICAN CIVIL LIBERTIES
UNION OF NORTHERN CALIFORNIA,
ASIAN LAW CAUCUS, SAN
FRANCISCO BAY GUARDIAN,

      Plaintiffs,

  v.

FEDERAL BUREAU OF
INVESTIGATION,

      Defendant.

_____/

No. C 10-03759 RS

**ORDER DENYING PLAINTIFFS'
MOTION FOR PRELIMINARY
INJUNCTION**

    In light of the parties' stipulation on December 16, 2010, setting forth a schedule for
defendant's production of documents, the plaintiffs' motion for preliminary injunction is denied
without prejudice.

    IT IS SO ORDERED.

Dated:  12/17/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE