SOMNATH RAJ CHATTERJEE (CA SBN 177019)
SChatterjee@mofo.com
ANDREA B. HASEGAWA (CA SBN 204379)
AHasegawa@mofo.com
CHRISTIE L. YANG (CA SBN 267983)
ChristieYang@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: 415.268.7000
Facsimile: 415.268.7200

JULIA HARUMI MASS (CA SBN 189649)
JMass@aclunc.org
ACLU FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone: 415.621.2493
Facsimile: 415.255.8437

VEENA B. DUBAL (CA SBN 249268)
VeenaD@asianlawcaucus.org
ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, California 94111
Telephone: 415.896.1701
Facsimile: 415.896.1702

Attorneys for Plaintiffs
TONY WEST
Assistant Attorney General
JOHN R. TYLER
Assistant Branch Director
TAMARA ULRICH
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone: (202) 305-1432
Fax: (202) 616-8470

Email: Tamara.Ulrich@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, ASIAN LAW CAUCUS, SAN FRANCISCO BAY GUARDIAN,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendant. | Case No. 3:10-cv-03759-RS<br><br>**STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge:        Hon. Richard Seeborg<br>Department: Courtroom 3 |

The Case Management Conference in this case is currently set for January 6, 2011, at 10:00 a.m. Due to a conflict that Plaintiffs' lead counsel has at that time, the parties have agreed and hereby stipulate to continue the conference for one week, until January 13, 2011, at 10:00 a.m.

MORRISON & FOERSTER LLP

Dated: December 30, 2010        By:    /s/ Andrea B. Hasegawa
                                                Andrea B. Hasegawa
                                                Attorneys for American Civil Liberties Union, Asian Law Caucus, and San Francisco Bay Guardian

DEPARTMENT OF JUSTICE

Dated: December 30, 2010        By:    /s/ Tamara Ulrich
                                                Tamara Ulrich
                                                Attorneys for Federal Bureau of Investigation

**IT IS SO ORDERED**.

Dated: 1/3/11

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE