SOMNATH RAJ CHATTERJEE (CA SBN 177019)
SChatterjee@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: 415.268.7000 / Facsimile: 415.268.7200

KATHERINE NOLAN-STEVAUX (CA SBN 244950)
KNolanStevaux@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600 / Facsimile: 650.494.0792
Attorneys for Plaintiffs

[Additional Counsel on Signature Page]

IAN HEATH GERSHENGORN
Assistant Attorney General
JOHN R. TYLER
Assistant Branch Director
TAMARA ULRICH
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone:    (202) 305-1432
Fax:          (202) 616-8470
Email: Tamara.Ulrich@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, ASIAN LAW CAUCUS, SAN FRANCISCO BAY GUARDIAN<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, DEPARTMENT OF JUSTICE,<br><br>Defendants. | Case No.    3:10-cv-03759-RS<br><br>**JOINT STIPULATION REGARDING DOCUMENT PRODUCTION SCHEDULE**<br><br>Judge: Hon. Magistrate Judge Laurel Beeler |

1  The parties to this action, through their attorneys of record listed below, hereby stipulate
2  as follows:

3  WHEREAS the parties conferred with Magistrate Judge Laurel Beeler on April 4, 2011 as
4  ordered by Judge Richard Seeborg to address their disputes regarding the production of
5  documents in response to the expedited March 9, 2010 Request and the non-expedited July 27,
6  2011 FOIA Request (which was added to this case on February 11, 2011);

7  WHEREAS the defendants have thus far identified approximately 35,000 pages of
8  potentially responsive documents to the FOIA Requests;

9  WHEREAS the defendants have processed a total of 3,835 pages in response to both
10  FOIA Requests;

11  WHEREAS Magistrate Judge Beeler, pursuant to Local Rule 72-1, agreed to issue an
12  Order pursuant to a stipulation detailing the schedule and procedure for further document
13  processing and production in this action;

14  IT IS HEREBY AGREED AND STIPULATED THAT:

15  1.  The defendants shall complete production of documents responsive to the March
16  9th and July 27th FOIA Requests, subject to any claimed exemptions, within eight months of the
17  date of this order, absent a further order from the Court.

18  2.  The defendants produce the responsive information, subject to any claimed
19  exemptions, to plaintiffs' requests for aggregate data as defined in the March 9, 2010 FOIA
20  Request at subheading I. (3) (at Pages 3-4) within thirty days of the date of this order or state in
21  writing that there are no documents responsive to that portion of Plaintiffs' request.

22  3.  The FBI shall initially review and process all FBI generated documents as defined
23  in the March 9, 2010 FOIA Request at subheading I. (1) a, b, d, e, and h (at Pages 2-3) within
24  thirty days of this order.  The FBI will complete further review and the defendants will produce
25  responsive documents, subject to any claimed exemptions, to this portion of the request within
26  two weeks thereafter.

27  4.  The defendants shall review and process the remaining requests in the March 9,
28  2010 and July 27, 2010 FOIA Requests at a rate of 2,500 pages per month or more and in a

1   manner sufficient to meet the eight month deadline as set forth in Paragraph 1 above. With
2   regard to remaining requests, the defendants' processing and production of information shall be
3   prioritized as follows: FBI generated documents regarding domain management, assessments, and
4   investigations as described in the March 9, 2010 FOIA Request at subheading I. (2) a and c (at
5   Page 2) shall be prioritized over the remaining materials in the FOIA requests; responsive
6   documents not generated by the FBI as well as the Virtual Academy online training courses shall
7   be given secondary priority, including textbook-related materials not generated by the FBI. The
8   defendants shall produce to the plaintiffs a list of the Virtual Academy online courses identified
9   by the defendants as responsive and the plaintiffs will promptly let the defendants know what
10  course materials they would like the defendants to process. With respect to the Virtual Academy
11  online courses, the defendants will be obligated to process only the material from those courses
12  identified by the plaintiffs.
13      5.      The defendants shall provide status reports with each document production
14  detailing how many processors are working on the request, how many pages are in the processing
15  system and, for each of the work folders in the processing system, at what stage the work folders
16  are within in the processing system.
17      6.      To address document processing and production issues, the parties shall
18  telephonically participate in status conferences regarding the pace and content of document
19  production at least every sixty days with the Court, Magistrate Judge Beeler presiding, as
20  scheduled by the Court. The parties will address the production of a *Vaughn* Index, a search
21  affidavit, and other issues in this action during subsequent status conferences.
22      7.      Any party may seek review of any subsequent order by the Magistrate Judge under
23  Local Rule 72-2.
24
25
26
27
28

Dated: April 13, 2011

| | |
|---|---|
| By: */s/ Tamara Ulrich* <br>     TAMARA ULRICH | By: */s/ Somnath Raj Chatterjee* <br>     SOMNATH RAJ CHATTERJEE |

IAN HEATH GERSHENGORN
Assistant Attorney General
JOHN R. TYLER
Assistant Branch Director
TAMARA ULRICH
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone:   (202) 305-1432
Fax:              (202) 616-8470
Email: Tamara.Ulrich@usdoj.gov

Attorneys for Defendants
FEDERAL BUREAU OF INVESTIGATIONS, DEPARTMENT OF JUSTICE

SOMNATH RAJ CHATTERJEE (CA SBN 177019)
SChatterjee@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: 415.268.7000 / Facsimile: 415.268.7200

KATHERINE NOLAN-STEVAUX (CA SBN 244950)
KNolanStevaux@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600 / Facsimile: 650.494.0792

JULIA HARUMI MASS (CA SBN 189649)
JMass@aclunc.org
ACLU FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone: 415.621.2493 / Facsimile: 415.255.8437

VEENA B. DUBAL (CA SBN 249268)
VeenaD@asianlawcaucus.org
ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, California 94111
Telephone: 415.896.1701 / Facsimile: 415.896.1702

Attorneys for Plaintiffs
THE AMERICAN CIVIL LIBERTIES UNION OF NORTHEN CALIFORNIA, ASIAN LAW CAUCUS, AND THE SAN FRANCISCO BAY GUARDIAN

1 **ATTESTATION OF E-FILED SIGNATURE**

2 I, Katherine Nolan-Stevaux, am the ECF User whose ID and Password are being used to file this

3 Joint Stipulation Regarding Amended Complaint. In compliance with General Order 45, X.B., I

4 hereby attest that Somnath Raj Chatterjee and Tamara Ulrich have concurred in this filing.

5

6 Dated: April 13, 2011                              By: */s/ Katherine Nolan-Stevaux*

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  **[PROPOSED] ORDER**

2  Having reviewed the parties' joint stipulation,

3

4  It is so ORDERED this 13th day of April, 2011.

5  <u>Status Conferences set as follows:</u>

6  June 23, 2011 at 10:30 a.m., August 25, 2011 at 10:30 a.m. and

7  October 27, 2011 at 10:30 a.m.

8

9  _____
   Honorable Laurel Beeler
10  United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28