SOMNATH RAJ CHATTERJEE (CA SBN 177019)
SChatterjee@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: 415.268.7000 / Facsimile: 415.268.7200

KATHERINE NOLAN-STEVAUX (CA SBN 244950)
KNolanStevaux@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600 / Facsimile: 650.494.0792
Attorneys for Plaintiffs

IAN HEATH GERSHENGORN
Assistant Attorney General
JOHN R. TYLER
Assistant Branch Director
TAMARA ULRICH
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone:    (202) 305-1432
Fax:          (202) 616-8470
Email: Tamara.Ulrich@usdoj.gov
Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, ASIAN LAW CAUCUS, SAN FRANCISCO BAY GUARDIAN<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendant. | Case No.    3:10-cv-03759-RS<br><br>**JOINT STIPULATION REGARDING STATUS CONFERENCE**<br><br>Judge: Hon. Magistrate Judge Laurel Beeler |

The parties to this action, through their attorneys of record listed below, hereby stipulate as follows:

WHEREAS, pursuant to Docket No. X, the first Status Conference with Magistrate Judge Laurel Beeler is scheduled for June 23, 2011;

WHEREAS the parties have a Case Management Conference with Judge Richard Seeborg on June 23, 2011;

IT IS HEREBY AGREED AND STIPULATED THAT:

1. The first Status Conference shall be held on June 30, 2011 at 10:30 am Pacific.
2. The parties shall appear telephonically for the Status Conference.

Dated: May 2, 2011

| | |
|---|---|
| By: */s/ Tamara Ulrich*<br>     TAMARA ULRICH | By: */s/ Somnath Raj Chatterjee*<br>     SOMNATH RAJ CHATTERJEE |

IAN HEATH GERSHENGORN
Assistant Attorney General
JOHN R. TYLER
Assistant Branch Director
TAMARA ULRICH
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone:    (202) 305-1432
Fax:              (202) 616-8470
Email: Tamara.Ulrich@usdoj.gov

Attorneys for Defendants
FEDERAL BUREAU OF INVESTIGATIONS, DEPARTMENT OF JUSTICE

SOMNATH RAJ CHATTERJEE (CA SBN 177019)
SChatterjee@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105
Telephone: 415.268.7000 / Facsimile: 415.268.7200

KATHERINE NOLAN-STEVAUX (CA SBN 244950)
KNolanStevaux@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: 650.813.5600 / Facsimile: 650.494.0792

JULIA HARUMI MASS (CA SBN 189649)
JMass@aclunc.org
ACLU FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone: 415.621.2493 / Facsimile: 415.255.8437

VEENA B. DUBAL (CA SBN 249268)
VeenaD@asianlawcaucus.org
ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, California 94111
Telephone: 415.896.1701 / Facsimile: 415.896.1702

Attorneys for Plaintiffs
THE AMERICAN CIVIL LIBERTIES UNION OF NORTHEN CALIFORNIA, ASIAN LAW CAUCUS, AND THE SAN FRANCISCO BAY GUARDIAN

**ATTESTATION OF E-FILED SIGNATURE**

I, Katherine Nolan-Stevaux, am the ECF User whose ID and Password are being used to file this Joint Stipulation Regarding Amended Complaint. In compliance with General Order 45, X.B., I hereby attest that Somnath Raj Chatterjee and Tamara Ulrich have concurred in this filing.

Dated: May 2, 2011                         By: */s/ Katherine Nolan-Stevaux*

1                                                **[PROPOSED] ORDER**

2      Having reviewed the parties' joint stipulation,

3

4      It is so ORDERED this  3rd  day of  May , 2011.

5

6                                       _____

7                                       The Honorable Laurel Beeler
                                         United States Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
[Stamp: IT IS SO ORDERED — Judge Laurel Beeler (signed)]

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28