1    SOMNATH RAJ CHATTERJEE (CA SBN 177019)
SChatterjee@mofo.com
2    MORRISON & FOERSTER LLP
425 Market Street
3    San Francisco, California 94105
Telephone: 415.268.7000 / Facsimile: 415.268.7200
4

KATHERINE NOLAN-STEVAUX (CA SBN 244950)
5    KNolanStevaux@mofo.com
MORRISON & FOERSTER LLP
6    755 Page Mill Road
Palo Alto, California 94304-1018
7    Telephone: 650.813.5600 / Facsimile: 650.494.0792
Attorneys for Plaintiffs
8

IAN HEATH GERSHENGORN
9    Assistant Attorney General
JOHN R. TYLER
10    Assistant Branch Director
TAMARA ULRICH
11    Trial Attorney
U.S. Department of Justice
12    Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
13    Washington, D.C. 20530
Telephone: (202) 305-1432
14    Fax: (202) 616-8470
Email: Tamara.Ulrich@usdoj.gov
15    Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, ASIAN LAW CAUCUS, SAN FRANCISCO BAY GUARDIAN<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendant. | Case No.    3:10-cv-03759-RS<br><br>**JOINT STIPULATION REGARDING STATUS CONFERENCE**<br><br>Judge: Hon. Magistrate Judge Laurel Beeler |

JOINT STIPULATION REGARDING STATUS CONFERENCE
CASE NO. 3:10-cv-03759-RS
pa-1480345

1  The parties to this action, through their attorneys of record listed below, hereby stipulate
2  as follows:
3  WHEREAS, the next Status Conference with Magistrate Judge Laurel Beeler is scheduled
4  for August 25, 2011 at 10:30 am;
5  WHEREAS, the Tenth Release of Documents is scheduled to be produced on August 26,
6  2011;
7  WHEREAS, the parties agree that review of the Tenth Release of Documents before the
8  next scheduled Status Conference would be productive,
9  IT IS HEREBY AGREED AND STIPULATED THAT:
10  1.  The next Status Conference shall be held on September 8, 2011 at 10:30 am
11  Pacific, or thereafter as is convenient for the Court, and
12  2.  The parties shall appear telephonically for the Status Conference.

JOINT STIPULATION REGARDING STATUS CONFERENCE
CASE NO. 3:10-CV-03759-RS
pa-1480345

1

Dated: August 12, 2011

By:  /s/ Tamara Ulrich
    TAMARA ULRICH

IAN HEATH GERSHENGORN
Assistant Attorney General
JOHN R. TYLER
Assistant Branch Director
TAMARA ULRICH
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone:   (202) 305-1432
Fax:              (202) 616-8470
Email: Tamara.Ulrich@usdoj.gov

Attorneys for Defendants
FEDERAL BUREAU OF INVESTIGATIONS, DEPARTMENT OF JUSTICE

By:  /s/ Katherine Nolan-Stevaux
    KATHERINE NOLAN-STEVAUX

SOMNATH RAJ CHATTERJEE (CA SBN 177019)
SChatterjee@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105
Telephone: 415.268.7000 / Facsimile: 415.268.7200

KATHERINE NOLAN-STEVAUX (CA SBN 244950)
KNolanStevaux@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: 650.813.5600 / Facsimile: 650.494.0792

JULIA HARUMI MASS (CA SBN 189649)
JMass@aclunc.org
ACLU FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone: 415.621.2493 / Facsimile: 415.255.8437

VEENA B. DUBAL (CA SBN 249268)
VeenaD@asianlawcaucus.org
ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, California 94111
Telephone: 415.896.1701 / Facsimile: 415.896.1702

Attorneys for Plaintiffs
THE AMERICAN CIVIL LIBERTIES UNION OF NORTHEN CALIFORNIA, ASIAN LAW CAUCUS, AND THE SAN FRANCISCO BAY GUARDIAN

JOINT STIPULATION REGARDING STATUS CONFERENCE
CASE NO. 3:10-CV-03759-RS
pa-1480345

2

1  **ATTESTATION OF E-FILED SIGNATURE**

2  I, Katherine Nolan-Stevaux, am the ECF User whose ID and Password are being used to file this

3  Joint Stipulation Regarding Amended Complaint. In compliance with General Order 45, X.B., I

4  hereby attest that Tamara Ulrich has concurred in this filing.

6  Dated: August 12, 2011          By: */s/ Katherine Nolan-Stevaux*

1  **[PROPOSED] ORDER**

2  Having reviewed the parties' joint stipulation,

3

4  It is so ORDERED this  15  day of   August        , 2011.

5

6

7  _____
   The Honorable Laurel Beeler
   United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28