1  SOMNATH RAJ CHATTERJEE (CA SBN 177019)      IAN HEATH GERSHENGORN
   SChatterjee@mofo.com                        Assistant Attorney General
2  ANGELA E. KLEINE (CA SBN 255643)            JOHN R. TYLER
   AKleine@mofo.com                            Assistant Branch Director
3  MORRISON & FOERSTER LLP                     TAMARA ULRICH
   425 Market Street                           Trial Attorney
4  San Francisco, California 94105             U.S. Department of Justice
   Telephone: 415.268.7000                     Civil Division, Federal Programs Branch
5  Facsimile: 415.268.7200                     20 Massachusetts Avenue, NW
                                               Washington, D.C. 20530
6  JULIA HARUMI MASS (CA SBN 189649)           Telephone:  202.305.1432
   JMass@aclunc.org                            Fax:  202.616.8470
7  AMERICAN CIVIL LIBERTIES UNION              Email:  Tamara.Ulrich@usdoj.gov
   FOUNDATION OF NORTHERN
8  CALIFORNIA, INC.                            Attorneys for Defendants
   39 Drumm Street
9  San Francisco, California 94111
   Telephone: 415.621.2493
10 Facsimile: 415.255.8437

11 NASRINA BARGZIE (CA SBN 238917)
   NasrinaB@asianlawcaucus.org
12 ASIAN LAW CAUCUS
   55 Columbus Avenue
13 San Francisco, California 94111
   Telephone: 415.896.1701
14 Facsimile: 415.896.1702

15 Attorneys for Plaintiffs

16                    UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18                      SAN FRANCISCO DIVISION

19
   THE AMERICAN CIVIL LIBERTIES UNION      Case No.      3:10-cv-03759-RS
20 OF NORTHERN CALIFORNIA, ASIAN LAW
   CAUCUS, SAN FRANCISCO BAY
21 GUARDIAN                                **JOINT STIPULATION AND
                                           [PROPOSED] ORDER REGARDING
22              Plaintiffs,                DOCUMENT PRODUCTION
                                           SCHEDULE**
23        v.

24                                         Judge:  Hon. Laurel Beeler
   FEDERAL BUREAU OF INVESTIGATION,
25 DEPARTMENT OF JUSTICE,

26              Defendants.

27

28

JOINT STIP & PROPOSED ORDER RE: DOCUMENT PRODUCTION SCHEDULE
CASE NO. 3:10-cv-03759-RS
sf-3089937

1    WHEREAS in April 2011, Defendant agreed to produce all non-exempt documents

2    responsive to Plaintiffs' March 9, 2010 and July 27, 2011 FOIA Requests (the "FOIA Requests")

3    by December 13, 2011 [ECF No. 56];

4    WHEREAS Defendant identified approximately 30,000 pages of additional responsive

5    documents in the summer of 2011 [ECF No. 69];

6    WHEREAS the parties met and conferred regarding the schedule for the production of

7    documents and the method for discussing Defendant's claimed exemptions and conferred with

8    Magistrate Judge Laurel Beeler on November 3, 2011 [ECF Nos. 72, 77], and agreed upon a

9    schedule for the FBI's production of documents in response to the FOIA requests;

10    WHEREAS, per the parties' agreement, as to responsive documents Defendant identified

11    by May 26, 2011, in accordance with the Court's April 13, 2011 Order and Defendant's May 26,

12    2011 Notice Regarding Production Schedule [ECF Nos. 56, 61, 63], the FBI produced all non-

13    exempt documents by December 13, 2011; and

14    WHEREAS, the parties agreed that as to responsive documents Defendant identified after

15    May 26, 2011, Defendant shall process a minimum of 2,500 pages per month in response to the

16    FOIA Requests and shall produce all non-exempt documents by June 30, 2012.

17    IT IS HEREBY AGREED AND STIPULATED THAT:

18    1.    As to responsive documents Defendant identified after May 26, 2011, Defendant shall

19          process a minimum of 2,500 pages per month in response to the FOIA Requests and

20          shall produce all non-exempt documents by **June 30, 2012**.

21    2.    The parties will submit a confidential joint letter regarding the method for discussing

22          Defendant's claimed exemptions and contact the courtroom deputy to set a further

23          telephonic settlement conference, per the Court's January 4, 2012 Order

24          (ECF No. 82).

25

26

27

28

Dated: January 10, 2012


By: */s/ Tamara Ulrich*
    TAMARA ULRICH

IAN HEATH GERSHENGORN
Assistant Attorney General
JOHN R. TYLER
Assistant Branch Director
TAMARA ULRICH
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone: 202.305.1432
Fax: 202.616.8470
Email: Tamara.Ulrich@usdoj.gov

Attorneys for Defendants
FEDERAL BUREAU OF
INVESTIGATIONS, DEPARTMENT OF
JUSTICE

By: */s/ Angela E. Kleine*
    ANGELA E. KLEINE

SOMNATH RAJ CHATTERJEE
(CA SBN 177019)
SChatterjee@mofo.com
ANGELA E. KLEINE (CA SBN 255643)
AKleine@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: 415.268.7000
Facsimile: 415.268.7200

JULIA HARUMI MASS (CA SBN 189649)
JMass@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111
Telephone: 415.621.2493
Facsimile: 415.255.8437

NASRINA BARGZIE (CA SBN 238917)
NasrinaB@asianlawcaucus.org
ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, California 94111
Telephone: 415.896.1701
Facsimile: 415.896.1702

Attorneys for Plaintiffs
THE AMERICAN CIVIL LIBERTIES UNION
OF NORTHERN CALIFORNIA, ASIAN LAW
CAUCUS, AND THE SAN FRANCISCO BAY
GUARDIAN

1

**[PROPOSED] ORDER**

2

3    Having reviewed the parties' joint stipulation, and for good cause shown,

4    It is so ORDERED this ___ day of January, 2012.

5                                            _____

6                                            The Honorable Laurel Beeler
                                             United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ATTESTATION OF E-FILED SIGNATURE

1

2     I, Angela E. Kleine, am the ECF User whose ID and Password are being used to file this

3  Joint Stipulation and [Proposed] Order Regarding Document Production Schedule.  In

4  compliance with General Order 45, X.B., I hereby attest that Julia Harumi Mass, Nasrina Bargzie

5  and Tamara Ulrich have concurred in this filing.

6

7  Dated: January 10, 2012          By:  */s/ Angela E. Kleine*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28