SOMNATH RAJ CHATTERJEE (CA SBN 177019)
SChatterjee@mofo.com
ANGELA E. KLEINE (CA SBN 255643)
AKleine@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: 415.268.7000
Facsimile: 415.268.7200

JULIA HARUMI MASS (CA SBN 189649)
JMass@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111
Telephone: 415.621.2493
Facsimile: 415.255.8437

NASRINA BARGZIE (CA SBN 238917)
NasrinaB@asianlawcaucus.org
ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, California 94111
Telephone: 415.896.1701
Facsimile: 415.896.1702

Attorneys for Plaintiffs

IAN HEATH GERSHENGORN
Assistant Attorney General
JOHN R. TYLER
Assistant Branch Director
TAMARA ULRICH
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone: 202.305.1432
Fax: 202.616.8470
Email: Tamara.Ulrich@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, ASIAN LAW CAUCUS, SAN FRANCISCO BAY GUARDIAN<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, DEPARTMENT OF JUSTICE,<br><br>Defendants. | Case No. 3:10-cv-03759-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DOCUMENT PRODUCTION SCHEDULE**<br><br>Judge: Hon. Laurel Beeler |

WHEREAS in April 2011, Defendant agreed to produce all non-exempt documents responsive to Plaintiffs' March 9, 2010 and July 27, 2011 FOIA Requests (the "FOIA Requests") by December 13, 2011 [ECF No. 56];

WHEREAS Defendant identified approximately 30,000 pages of additional responsive documents in the summer of 2011 [ECF No. 69];

WHEREAS the parties met and conferred regarding the schedule for the production of documents and the method for discussing Defendant's claimed exemptions and conferred with Magistrate Judge Laurel Beeler on November 3, 2011 [ECF Nos. 72, 77], and agreed upon a schedule for the FBI's production of documents in response to the FOIA requests;

WHEREAS, per the parties' agreement, as to responsive documents Defendant identified by May 26, 2011, in accordance with the Court's April 13, 2011 Order and Defendant's May 26, 2011 Notice Regarding Production Schedule [ECF Nos. 56, 61, 63], the FBI produced all non-exempt documents by December 13, 2011; and

WHEREAS, the parties agreed that as to responsive documents Defendant identified after May 26, 2011, Defendant shall process a minimum of 2,500 pages per month in response to the FOIA Requests and shall produce all non-exempt documents by June 30, 2012.

IT IS HEREBY AGREED AND STIPULATED THAT:

1. As to responsive documents Defendant identified after May 26, 2011, Defendant shall process a minimum of 2,500 pages per month in response to the FOIA Requests and shall produce all non-exempt documents by **June 30, 2012**.
2. The parties will submit a confidential joint letter regarding the method for discussing Defendant's claimed exemptions and contact the courtroom deputy to set a further telephonic settlement conference, per the Court's January 4, 2012 Order (ECF No. 82).

Dated: January 10, 2012

By: /s/ Tamara Ulrich
    TAMARA ULRICH

IAN HEATH GERSHENGORN
Assistant Attorney General
JOHN R. TYLER
Assistant Branch Director
TAMARA ULRICH
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone: 202.305.1432
Fax: 202.616.8470
Email: Tamara.Ulrich@usdoj.gov

Attorneys for Defendants
FEDERAL BUREAU OF INVESTIGATIONS, DEPARTMENT OF JUSTICE

By: /s/ Angela E. Kleine
    ANGELA E. KLEINE

SOMNATH RAJ CHATTERJEE
(CA SBN 177019)
SChatterjee@mofo.com
ANGELA E. KLEINE (CA SBN 255643)
AKleine@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: 415.268.7000
Facsimile: 415.268.7200

JULIA HARUMI MASS (CA SBN 189649)
JMass@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111
Telephone: 415.621.2493
Facsimile: 415.255.8437

NASRINA BARGZIE (CA SBN 238917)
NasrinaB@asianlawcaucus.org
ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, California 94111
Telephone: 415.896.1701
Facsimile: 415.896.1702

Attorneys for Plaintiffs
THE AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, ASIAN LAW CAUCUS, AND THE SAN FRANCISCO BAY GUARDIAN

JOINT STIP & PROPOSED ORDER RE: DOCUMENT PRODUCTION SCHEDULE
CASE NO. 3:10-cv-03759-RS
sf-3089937

2

1

# [~~PROPOSED~~] ORDER

Having reviewed the parties' joint stipulation, and for good cause shown,

It is so ORDERED this $\underline{11}$ day of January, 2012.

_____
The Honorable Laurel Beeler
United States Magistrate Judge

**ATTESTATION OF E-FILED SIGNATURE**

I, Angela E. Kleine, am the ECF User whose ID and Password are being used to file this Joint Stipulation and [Proposed] Order Regarding Document Production Schedule. In compliance with General Order 45, X.B., I hereby attest that Julia Harumi Mass, Nasrina Bargzie and Tamara Ulrich have concurred in this filing.

Dated: January 10, 2012                                      By:   */s/ Angela E. Kleine*