| | |
|---|---|
| SOMNATH RAJ CHATTERJEE (CA SBN 177019)<br>SChatterjee@mofo.com<br>ANGELA E. KLEINE (CA SBN 255643)<br>AKleine@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7200<br><br>JULIA HARUMI MASS (CA SBN 189649)<br>JMass@aclunc.org<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.<br>39 Drumm Street<br>San Francisco, California 94111<br>Telephone: 415.621.2493<br>Facsimile: 415.255.8437<br><br>NASRINA BARGZIE (CA SBN 238917)<br>NasrinaB@asianlawcaucus.org<br>ASIAN LAW CAUCUS<br>55 Columbus Avenue<br>San Francisco, California 94111<br>Telephone: 415.896.1701<br>Facsimile: 415.896.1702<br><br>Attorneys for Plaintiffs | STUART F. DELERY<br>Principal Deputy Assistant Attorney General<br>JOHN R. TYLER<br>Assistant Branch Director<br>M. ANDREW ZEE (CA Bar 272510)<br>Trial Attorney<br>United States Department of Justice, Civil Division<br>Federal Programs Branch<br>20 Massachusetts Avenue NW<br>Washington, DC 20530<br>(202) 305-8648<br>(202) 616-8470 (fax)<br>m.andrew.zee@usdoj.gov<br><br>Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, ASIAN LAW CAUCUS, SAN FRANCISCO BAY GUARDIAN<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, DEPARTMENT OF JUSTICE,<br><br>Defendants. | Case No. 3:10-cv-03759-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CONFERENCE**<br><br>Judge: Hon. Laurel Beeler |

| 1 | WHEREAS the Plaintiffs and Defendants (the "Parties") in this action are engaged in
| 2 | ongoing discussions regarding a potential methodology for sampling documents from the records
| 3 | responsive to Plaintiffs' Freedom of Information Act request, in order to conserve the resources
| 4 | of the Parties and the Court in resolving this litigation;
| 5 |     WHEREAS the Parties believe that their efforts to reach an agreement on the sampling
| 6 | methodology to be employed in this matter would benefit from participation in a conference
| 7 | before U.S. Magistrate Judge Laurel Beeler;
| 8 |     WHEREAS the Parties have reserved Tuesday, May 14, 2013, at 9:30 a.m. in the
| 9 | courtroom of the Honorable Laurel Beeler for the purposes of participating in such a conference;
| 10 |     IT IS HEREBY AGREED AND STIPULATED THAT:
| 11 | I.    The Parties will participate in a settlement conference before the Honorable Laurel
| 12 | Beeler, U.S. Magistrate Judge, on Tuesday, May 14, 2013, at 9:30 a.m. for the purpose
| 13 | of attempting to reach an agreement on a sampling methodology to be employed in
| 14 | this matter; and
| 15 | II.   As instructed by the Court's clerk, the Parties shall submit their updated settlement
| 16 | conference statement to LBPO@cand.uscourts.gov, by May 7, 2013.

| | | |
|---|---|---|
| 1 | Dated: March 21, 2013 | |
| 2 | | |
| 3 | | |
| | By: */s/ Andrew Zee* | By: */s/ Angela E. Kleine* |
| 4 |     M. Andrew Zee |     Angela E. Kleine |
| 5 | STUART F. DELERY | SOMNATH RAJ CHATTERJEE |
| | Principal Deputy Assistant Attorney General | (CA SBN 177019) |
| 6 | JOHN R. TYLER | SChatterjee@mofo.com |
| | Assistant Branch Director | ANGELA E. KLEINE (CA SBN 255643) |
| 7 | M. ANDREW ZEE (CA Bar 272510) | AKleine@mofo.com |
| 8 | Trial Attorney | MORRISON & FOERSTER LLP |
| | United States Department of Justice, Civil | 425 Market Street |
| 9 | Division | San Francisco, California 94105 |
| | Federal Programs Branch | Telephone: 415.268.7000 |
| 10 | 20 Massachusetts Avenue NW | Facsimile: 415.268.7200 |
| | Washington, DC 20530 | |
| 11 | (202) 305-8648 | JULIA HARUMI MASS (CA SBN 189649) |
| | (202) 616-8470 (fax) | JMass@aclunc.org |
| 12 | m.andrew.zee@usdoj.gov | AMERICAN CIVIL LIBERTIES UNION |
| 13 | *Attorneys for Defendants* | FOUNDATION OF NORTHERN |
| | | CALIFORNIA, INC. |
| | | 39 Drumm Street |
| 14 | | San Francisco, California 94111 |
| | | Telephone: 415.621.2493 |
| 15 | | Facsimile: 415.255.8437 |
| 16 | | NASRINA BARGZIE (CA SBN 238917) |
| | | NasrinaB@asianlawcaucus.org |
| 17 | | ASIAN LAW CAUCUS |
| | | 55 Columbus Avenue |
| 18 | | San Francisco, California 94111 |
| | | Telephone: 415.896.1701 |
| | | Facsimile: 415.896.1702 |
| 19 | | |
| | | Attorneys for Plaintiffs |
| 20 | | THE AMERICAN CIVIL LIBERTIES UNION |
| | | OF NORTHERN CALIFORNIA, ASIAN LAW |
| 21 | | CAUCUS, AND THE SAN FRANCISCO BAY |
| | | GUARDIAN |

1 **[PROPOSED] ORDER**

3 Having reviewed the parties' joint stipulation, and for good cause shown, the Parties shall
4 appear for a settlement conference before Magistrate Judge Laurel Beeler on Tuesday, May 14,
5 2013, at 9:30 a.m. for the purpose of attempting to reach an agreement on a sampling
6 methodology to be employed in this matter.

7 It is so ORDERED this ___ day of March, 2013.

_____
The Honorable Laurel Beeler
United States Magistrate Judge

**ATTESTATION OF E-FILED SIGNATURE**

  I, Angela E. Kleine, am the ECF User whose ID and Password are being used to file this Joint Stipulation and [Proposed Order]. In compliance with General Order 45, X.B., I hereby attest that Julia Harumi Mass, Nasrina Bargzie, S. Raj Chatterjee, and M. Andrew Zee have concurred in this filing.

Dated: March 21, 2013          By:   */s/ Angela E. Kleine*
                      Angela E. Kleine

sf- 3264592