IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, ASIAN LAW CAUCUS, SAN FRANCISCO BAY GUARDIAN,<br><br>          Plaintiffs,<br>     v.<br><br>FEDERAL BUREAU OF INVESTIGATION, DEPARTMENT OF JUSTICE,<br><br>          Defendant.<br>_____/ | No. C 10-03759 RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on May 22, 2014. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. BRIEFING SCHEDULE.

A. On or before June 16, 2014, the parties shall meet and confer regarding challenges to indices.

B. On or before July 25, 2014, defendant shall file its motion for summary judgment.

C. On or before September 5, 2014, plaintiffs shall file their opposition to defendant's motion for summary judgment and their cross-motion for summary judgment.

D.  On or before October 3, 2014, defendant shall file its opposition to plaintiffs' motion for summary judgment and its reply in support of its motion for summary judgment.

D.  On or before October 24, 2014, plaintiffs shall file their reply in support of their motion for summary judgment.

E.  Upon receipt of the parties' briefing, the court shall set a date, in consultation with the parties, to hear the parties' cross-motions for summary judgment.

IT IS SO ORDERED.

DATED:   May 22, 2014

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

2