1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                             SAN FRANCISCO DIVISION

11   THE AMERICAN CIVIL LIBERTIES UNION            Case No. 3:10-cv-03759-RS
     OF NORTHERN CALIFORNIA, ASIAN LAW
12   CAUCUS, SAN FRANCISCO BAY
     GUARDIAN                                      [PROPOSED] ORDER AMENDING
13                          Plaintiffs,            BRIEFING SCHEDULE

14         v.

15
16   FEDERAL BUREAU OF INVESTIGATION,
     DEPARTMENT OF JUSTICE,
17
                            Defendants.
18
19
20
21         Pursuant to the Parties' Joint Stipulation to Amend Briefing Schedule, IT IS HEREBY

22   ORDERED:

23         A.     On or before September 9, 2014, the FBI shall file its motion for summary

24   judgment.

25         B.     On or before October 7, 2014, Plaintiffs shall file their opposition to the FBI's

26   summary judgment motion and file their cross-motion for summary judgment.

27
28

C.      On or before October 29, 2014, the FBI shall file its opposition to Plaintiffs' summary judgment motion and file its reply in support of its motion for summary judgment.

D.      On or before November 17, 2014, Plaintiffs shall file their reply in support of their motion for summary judgment.

This schedule will supersede and replace the prior briefing schedule entered on May 22, 2014 (ECF No. 111).

IT IS SO ORDERED.

DATED: _7/17/14_____

HON. RICHARD SEEBORG
United States District Judge