1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, ASIAN LAW CAUCUS, SAN FRANCISCO BAY GUARDIAN<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, DEPARTMENT OF JUSTICE,<br><br>Defendants. | Case No. 3:10-cv-03759-RS<br><br>[PROPOSED] **ORDER AMENDING BRIEFING SCHEDULE** |

Pursuant to the Parties' Stipulation to Amend Briefing Schedule, IT IS HEREBY ORDERED:

A.   On or before October 21, 2014, Plaintiffs shall file their opposition to the FBI's summary judgment motion and file their cross-motion for summary judgment.

B.   On or before November 21, 2014, the FBI shall file its opposition to Plaintiffs' summary judgment motion and file its reply in support of its motion for summary judgment.

C.   On or before December 12, 2014, Plaintiffs shall file their reply in support of their motion for summary judgment.

sf-3463171

This schedule will supersede and replace the prior briefing schedule entered on July 17, 2014 (ECF No. 113).

IT IS SO ORDERED.

DATED: 10/2/14

_____
HON. RICHARD SEEBORG
United States District Judge