UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, ASIAN LAW CAUCUS, SAN FRANCISCO BAY GUARDIAN,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, DEPARTMENT OF JUSTICE,<br><br>Defendant. | Case No. 3:10-cv-03759-RS<br><br>[~~PROPOSED~~] **ORDER AMENDING BRIEFING SCHEDULE** |

Pursuant to the Parties' Joint Stipulation to Amend Briefing Schedule, IT IS HEREBY ORDERED:

A. On or before December 17, 2014, Defendant shall file its opposition to Plaintiffs' summary judgment motion and file its reply in support of its motion for summary judgment.

B. On or before January 14, 2015, Plaintiffs shall file their reply in support of their motion for summary judgment.

This schedule will supersede and replace the prior briefing schedule entered on October 17, 2014 (ECF No. 118).

IT IS SO ORDERED.

DATED: 12/10/14

HON. RICHARD SEEBORG
United States District Judge