UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, ASIAN LAW CAUCUS, SAN FRANCISCO BAY GUARDIAN,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, DEPARTMENT OF JUSTICE,<br><br>Defendant. | Case No. 3:10-cv-03759-RS<br><br>[~~PROPOSED~~] **ORDER AMENDING BRIEFING SCHEDULE** |

Pursuant to the Parties' Joint Stipulation to Amend Briefing Schedule, IT IS HEREBY ORDERED:

 A. On or before July 10, 2015, Defendant shall file its opening brief regarding its withholding of documents pursuant to Exemptions 2 and 5 of the Freedom of Information Act ("FOIA").

 B. On or before July 31, 2015, Plaintiffs shall file its opposition brief.

 C. On or before August 14, 2015, Defendant shall file its reply.

1  This schedule will supersede and replace the prior briefing schedule ordered on May 15,
2  2015 (ECF No. 135).
3      IT IS SO ORDERED.
4  DATED: 6/24/15

                HON. RICHARD SEEBORG
                United States District Judge