UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, ASIAN LAW CAUCUS, SAN FRANCISCO BAY GUARDIAN,<br><br>    Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Case No. 3:10-cv-03759-RS<br><br>~~[PROPOSED]~~ **ORDER CONTINUING HEARING** |

Pursuant to the Parties' Joint Stipulation to Continue Hearing, IT IS HEREBY ORDERED that the motion for partial summary judgment hearing currently set for October 1, 2015, is continued to November 5, 2015.

IT IS SO ORDERED.

DATED: 9/17/15

_____
HON. RICHARD SEEBORG
United States District Judge