UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE AMERICAN CIVIL LIBERTIES
UNION OF NORTH CALIFORNIA, et al.,

        Plaintiffs,

    v.

FEDERAL BUREAU OF
INVESTIGATION,

        Defendant.

Case No.  10-cv-03759-RS

**ORDER TO PROVIDE DOCUMENTS
FOR *IN CAMERA* REVIEW**

The FBI asserts that attorney-client privilege applies to redacted portions of Human Source Advisory Notices.  At this juncture, there remain questions about whether some of the FBI's redactions properly protect communications protected by attorney-client privilege.  Out of an abundance of caution, *in camera* review of those documents is appropriate to resolve the FBI's motion for summary judgment.  Thus, the FBI shall provide the court the unredacted Human Source Advisory Notices within seven (7) days of this order.

**IT IS SO ORDERED**.

Dated: November 6, 2015

_____
RICHARD SEEBORG
United States District Judge

United States District Court
Northern District of California