SOMNATH RAJ CHATTERJEE (CA SBN 177019)
SChatterjee@mofo.com
ANGELA E. KLEINE (CA SBN 255643)
AKleine@mofo.com
KATHARINE ALEXANDER (CA SBN 281204)
KAlexander@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: 415.268.7000
Facsimile: 415.268.7200

NASRINA BARGZIE (CA SBN 238917)
nasrinab@advancingjustice-alc.org
ASIAN AMERICANS ADVANCING JUSTICE
ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, California 94111
Telephone: 415.896.1701
Facsimile: 415.896.1702

JULIA HARUMI MASS (CA SBN 189649)
JMass@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111
Telephone: 415.621.2493
Facsimile: 415.255.8437

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, ASIAN LAW CAUCUS<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, DEPARTMENT OF JUSTICE,<br><br>Defendants. | Case No.    3:10-cv-03759-RS<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL CHRISTIE L. YANG AND ORDER PERMITTING WITHDRAWAL**<br><br>Judge:    Hon. Richard Seeborg<br>Department:    Courtroom 3 |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that pursuant to Local Rule 11-5 Christie L. Yang withdraws as attorney of record for Plaintiffs The American Civil Liberties Union of Northern California and Asian Law Caucus in the above-captioned matter.  The ground for withdrawal is that Ms. Yang has left her employment with Morrison & Foerster LLP.  Morrison & Foerster LLP will continue to represent Plaintiffs.

Dated: November 18, 2015                MORRISON & FOERSTER LLP


By:   */s/ Angela E. Kleine*
         Angela E. Kleine

ATTORNEYS FOR PLAINTIFFS
THE AMERICAN CIVIL
LIBERTIES UNION OF
NORTHERN CALIFORNIA, and
ASIAN LAW CAUCUS

NOTICE OF WITHDRAWAL OF COUNSEL AND ORDER
CASE NO. C 15-01238 JCS
sf-3517590

1

1  **SO ORDERED,**

4  Dated:   November 18, 2015            _____
                                          Honorable Judge Richard Seeborg