SOMNATH RAJ CHATTERJEE (CA SBN 177019)
SChatterjee@mofo.com
ANGELA E. KLEINE (CA SBN 255643)
AKleine@mofo.com
KATHARINE ALEXANDER (CA SBN 281204)
KAlexander@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: 415.268.7000
Facsimile: 415.268.7200

NASRINA BARGZIE (CA SBN 238917)
nasrinab@advancingjustice-alc.org
ASIAN AMERICANS ADVANCING JUSTICE
ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, California 94111
Telephone: 415.896.1701
Facsimile: 415.896.1702

JULIA HARUMI MASS (CA SBN 189649)
JMass@aclunc.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111
Telephone: 415.621.2493
Facsimile: 415.255.8437

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

THE AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, ASIAN LAW CAUCUS

Plaintiffs,

v.

FEDERAL BUREAU OF INVESTIGATION, DEPARTMENT OF JUSTICE,

Defendants.

Case No. 3:10-cv-03759-RS

**NOTICE OF WITHDRAWAL OF COUNSEL DEBRA URTEAGA AND ORDER PERMITTING WITHDRAWAL**

Judge: Hon. Richard Seeborg
Department: Courtroom 3

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 11-5 Debra Urteaga withdraws as attorney of record for Plaintiffs The American Civil Liberties Union of Northern California and Asian Law Caucus in the above-captioned matter. The ground for withdrawal is that Ms. Urteaga has left her employment with Morrison & Foerster LLP. Morrison & Foerster LLP will continue to represent Plaintiffs.

Dated: November 18, 2015

MORRISON & FOERSTER LLP

By: */s/ Angela E. Kleine*
Angela E. Kleine

ATTORNEYS FOR PLAINTIFFS THE AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, and ASIAN LAW CAUCUS

NOTICE OF WITHDRAWAL OF COUNSEL AND ORDER
CASE NO. C 15-01238 JCS
sf-3597653

1

 **SO ORDERED,**

Dated: November 18, 2015

Honorable Judge Richard Seeborg

NOTICE OF WITHDRAWAL OF COUNSEL AND ORDER
CASE NO. C 15-01238 JCS
sf-3597653

2