| | |
|---|---|
| SOMNATH RAJ CHATTERJEE (CA SBN 177019) <br> SChatterjee@mofo.com <br> ANGELA E. KLEINE (CA SBN 255643) <br> AKleine@mofo.com <br> KATHARINE ALEXANDER (CA SBN 281204) <br> KAlexander@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105 <br> Telephone: 415.268.7000 <br> Facsimile: 415.268.7200 | NASRINA BARGZIE (CA SBN 238917) <br> nasrinab@advancingjustice-alc.org <br> ASIAN AMERICANS ADVANCING JUSTICE <br> ASIAN LAW CAUCUS <br> 55 Columbus Avenue <br> San Francisco, California 94111 <br> Telephone: 415.896.1701 <br> Facsimile: 415.896.1702 |

JULIA HARUMI MASS (CA SBN 189649)
JMass@aclunc.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111
Telephone: 415.621.2493
Facsimile: 415.255.8437

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, ASIAN LAW CAUCUS <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, DEPARTMENT OF JUSTICE, <br><br> Defendants. | Case No.   3:10-cv-03759-RS <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL PATRICIA X. SVILIK AND ORDER PERMITTING WITHDRAWAL** <br><br> Judge:   Hon. Richard Seeborg <br> Department:   Courtroom 3 |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that pursuant to Local Rule 11-5 Patricia X. Svilik withdraws as attorney of record for Plaintiffs The American Civil Liberties Union of Northern California and Asian Law Caucus in the above-captioned matter.  The ground for withdrawal is that Ms. Svilik has left her employment with Morrison & Foerster LLP.  Morrison & Foerster LLP will continue to represent Plaintiffs.

Dated:  November 18, 2015            MORRISON & FOERSTER LLP

                                      By:   /s/ Angela E. Kleine
                                                Angela E. Kleine

                                      ATTORNEYS FOR PLAINTIFFS
                                      THE AMERICAN CIVIL
                                      LIBERTIES UNION OF
                                      NORTHERN CALIFORNIA, and
                                      ASIAN LAW CAUCUS

NOTICE OF WITHDRAWAL OF COUNSEL AND ORDER
CASE NO. C 15-01238 JCS
sf-3597654

1

1  **SO ORDERED,**

4  Dated:    November 18 , 2015

_____
Honorable Judge Richard Seeborg