SOMNATH RAJ CHATTERJEE (CA SBN 177019)
SChatterjee@mofo.com
ANGELA E. KLEINE (CA SBN 255643)
AKleine@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: 415.268.7000
Facsimile: 415.268.7200

JULIA HARUMI MASS (CA SBN 189649)
JMass@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111
Telephone: 415.621.2493
Facsimile: 415.255.8437

NASRINA BARGZIE (CA SBN 238917)
nasrinab@advancingjustice-alc.org
ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, California 94111
Telephone: 415.896.1701
Facsimile: 415.896.1702
Attorneys for Plaintiffs

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney
General
MARCIA BERMAN
Assistant Branch Director
LYNN Y. LEE (CA Bar 235531)
Trial Attorney
U.S. Department of Justice,
Civil Division Federal Programs Branch
P.O. Box 883
Washington, DC 20530
(202) 305-0531
(202) 616-8470 (fax)
lynn.lee@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

THE AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, ASIAN LAW CAUCUS, SAN FRANCISCO BAY GUARDIAN,

Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATION, DEPARTMENT OF JUSTICE,

Defendant.

Case No.    3:10-cv-03759-RS

**STIPULATION AND [PROPOSED] ORDER REGARDING PRODUCTION OF DOCUMENTS AND ENTRY OF JUDGMENT**

Hon. Richard Seeborg

1   The parties to this action, through their attorneys of record listed below, hereby submit

2   this Stipulation and Proposed Order, and accompanying Proposed Judgment, pursuant to Civil

3   Local Rule 7-12 and Federal Rule of Civil Procedure 58(d).

4   WHEREAS, the parties filed cross motions for summary judgment regarding (1) the FBI's

5   application of FOIA exemptions 2, 5, and 7 to documents subject to Plaintiffs' FOIA request,

6   (2) Defendant's *Vaughn* index regarding the application of those exemptions, and (3) the

7   segregability of certain information withheld under those exemptions.  (ECF Nos. 114, 119, 123,

8   125, 138, 140);

9   WHEREAS, on March 23, 2015, the Court issued on order on a threshold Exemption 7

10   issue, and subsequently further ordered that "[f]or the purpose of efficiency, the issues

11   surrounding Exemptions 2 and 5 shall be decided prior to consideration of a process for

12   disclosing any materials deemed improperly withheld or redacted."  (ECF Nos. 128, 135.)

13   WHEREAS, on November 17, 2015, after further briefing regarding the materials

14   withheld under Exemptions 2 and 5, the Court ordered the FBI to produce within thirty days the

15   documents withheld under Exemptions 5 that Plaintiffs challenged, with the exception of certain

16   redacted material (ECF No. 152).

17   WHEREAS, the FBI is considering an appeal of the November 17, 2015 order, and wishes

18   to include in its consideration the Court's March 23, 2015 ruling on its assertion of Exemption 7,

19   which it believes is not presently appealable;

20   WHEREAS, the parties agree that in order to preserve Court and party resources, any

21   appeal of the Court's orders on Exemptions 5 and 7 should be made at the same time, and that if

22   the FBI files a notice of appeal its production of the impacted documents should be postponed

23   pending any such appeal;

24   WHEREAS, the parties further agree that Plaintiffs' motion to require the FBI to produce

25   additional non-exempt information that is reasonably segregable from the information withheld

26   under FOIA exemptions is now moot because Plaintiffs challenged such information withheld

27   under Exemption 7, and the Court has granted Plaintiffs' motion as to that material;

28

1    NOW THEREFORE, the parties have stipulated and agreed to a final order and entry of

2    judgment in the form filed herewith, as follows:

3    (1)    Defendant is ordered to produce the following information that Plaintiffs challenged in

4           their motion for summary judgment:  (a) the information to which Exemption 7 is applied

5           in the FBI's sampled *Vaughn* index, pursuant to the Court's March 23, 2015 Order

6           (ECF No. 135); (b) the information to which Exemption 5 is applied in FBI's sampled

7           *Vaughn* index, pursuant to the Court's November 17, 2015 Order (ECF No. 152); and

8           (c) similarly situated information that was withheld under Exemptions 5 or 7 but not listed

9           in the sampled *Vaughn* index;

10   (2)    To the extent that specific information otherwise required to be produced under

11          paragraph 1 is also withheld pursuant to a FOIA exemption other than 5 or 7, the FBI is

12          not required to produce that information;

13   (3)    Defendant shall produce the material required under paragraphs 1(a) and 1(b) within sixty

14          (60) days of entry of judgment, unless Defendant files a notice of appeal of this order, in

15          which case Defendant's obligation to produce the material is stayed pending resolution of

16          the appeal;

17   (4)    In the event Defendant does not seek an appeal, the parties will meet and confer no later

18          than two weeks after the expiration of the time to file a notice of appeal to establish a

19          production schedule for the material required under paragraph 1(c);

20   (5)    Defendant's motion for summary judgment on information withheld under Exemption 2 is

21          granted, as Plaintiffs do not challenge the application of the exemption to the applicable

22          documents;

23   (6)    Plaintiffs' motion to compel production of additional non-exempt information that is

24          reasonably segregable from the information withheld a FOIA exemption is denied as

25          moot, as Plaintiffs challenged segregability only as to information withheld under

26          Exemption 7, and the Court has now ordered the production of the applicable information

27          withheld under Exemption 7; and

28

1    (7)    The Court shall retain jurisdiction over this matter to enforce, if necessary, its order,

2           including to adjudicate any dispute related to the application of the Court's orders to

3           similarly-situated documents not included in the sampled *Vaughn* index or to issues of

4           segregability that may arise following an appeal.

5

6    Respectfully submitted this 7th day of December, 2015

7

8    By:   */s/ Lynn Y. Lee*                              */s/ Angela E. Kleine*

9          Lynn Y. Lee                                    Angela E. Kleine

10   BENJAMIN C. MIZER                            SOMNATH RAJ CHATTERJEE
     Principal Deputy Assistant Attorney General  SChatterjee@mofo.com
11   MARCIA BERMAN                                ANGELA E. KLEINE
     Assistant Branch Director                    AKleine@mofo.com
12   LYNN Y. LEE                                  MORRISON & FOERSTER LLP
     Trial Attorney                               425 Market Street
13   U.S. Department of Justice, Civil Division    San Francisco, California 94105
     Federal Programs Branch                      Telephone:  415.268.7000
14   P.O. Box 883                                 Facsimile:  415.268.7200
     Washington, DC 20530
15   (202) 305-0531                               JULIA HARUMI MASS
     (202) 616-8470 (fax)                         JMass@aclunc.org
16   lynn.lee@usdoj.gov                           AMERICAN CIVIL LIBERTIES UNION
     *Attorneys for Defendants*                   FOUNDATION OF NORTHERN
17                                                CALIFORNIA, INC.
                                                  39 Drumm Street
18                                                San Francisco, California 94111
                                                  Telephone:  415.621.2493
19                                                Facsimile:  415.255.8437

20                                                NASRINA BARGZIE
                                                  nasrinab@advancingjustice-alc.org
21                                                ASIAN LAW CAUCUS
                                                  55 Columbus Avenue
22                                                San Francisco, California 94111
                                                  Telephone:  415.896.1701
23                                                Facsimile:  415.896.1702

24                                                *Attorneys for Plaintiffs*

25

26

27

28

4

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3

Dated:    12/8/15

4                                                    HON. RICHARD SEEBORG

5                                                    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ATTESTATION OF E-FILED SIGNATURE**

2      I, Angela Kleine, am the ECF User whose ID and Password are being used to file this

3  Joint Case Management Conference Statement.  In compliance with General Order 45, X.B., I

4  hereby attest that Lynn Y. Lee, Julia Harumi Mass, Nasrina Bargzie, and S. Raj Chatterjee have

5  concurred in this filing.

6  Dated:  December 7, 2015                      By:        /s/  Angela Kleine

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6