**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

AMERICAN CIVIL LIBERTIES UNION OF
NORTHERN CALIFORNIA, *et al.*,

             Plaintiffs,

    v.

FEDERAL BUREAU OF INVESTIGATION,
*et al.*,

             Defendants.

No. 3:10-cv-03759-RS (LB)

[~~PROPOSED~~] **ORDER GRANTING
DEFENDANTS' UNOPPOSED
ADMINISTRATIVE MOTION FOR A
STAY OF SETTLEMENT CONFERENCE
DEADLINES IN LIGHT OF LAPSE OF
APPROPRIATIONS**

Conference Date:   January 15, 2019
Time:   10:00 a.m.
Judge:  Hon. Laurel Beeler
Action Filed:   July 15, 2015

Before the Court is Defendants' Unopposed Administrative Motion to Stay Settlement

Conference Deadlines.  For the reasons stated in Defendants' Motion and good cause appearing,

IT IS ORDERED that

        1.    Defendants' Motion is GRANTED; and

        2.    The deadline for the parties to submit settlement conference statements,

currently set for January 8, 2019, and the settlement conference, currently set for January

15, 2019, are STAYED until rescheduled by the Court following restoration of

government funding.

Dated: December 26, 2018

_____
HON. LAUREL BEELER
U.S. Magistrate Judge

The court is keeping the case on calendar for now.  The parties must decide one way or
another, before January 15, whether they are able to go forward.